UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-CV 60506

MARK ROGGE, individually,
and on behalf of all others
similarly situated,

      Plaintiff,

vs.

WAL-MART STORES, INC.,
a foreign corporation; and John
Doe corporations,

      Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff MARC ROGGE, individually, and behalf of all others similarly situated, by and through undersigned counsel and in accordance with Federal Rule of Civil Procedure 41(a)(1), hereby moves to voluntarily dismiss, without prejudice, the Complaint in the above captioned matter against the Defendants WAL-MART STORES, INC., and John Doe corporations.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed

this 12th day of April, 2007, with the Clerk of the Court via ECF notice, and to all counsel of record via Clerk's electronic filing notification.

| | |
|---|---|
| Freedland, Farmer, et al.<br>Co-counsel for Plaintiff<br>2665 Executive Park Drive, #3<br>Weston, FL 33331<br>954-467-6400 | Zebersky & Payne, LLP<br>Co-counsel for Plaintiff<br>4000 Hollywood Boulevard, #675South<br>Hollywood, FL 33021<br>954-989-6333<br>Facsimile 954-989-7781<br>jgitkin@zpllp.com |

By:    */s/ James P. Gitkin*
       JAMES P. GITKIN
       FBN 570001